```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

KENNETH A. WRIGHT,                  :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :    CIVIL ACTION 12-0091-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                      :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Kenneth A. Wright.

DONE this 19th day of September, 2012.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE